FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 23 2011

JAMES N. HATTEN, CLERK
By: RBachem Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GILBERT DUNN, JR., ET AL.,

        Plaintiffs,

vs.

BRANDSMART U.S.A., INC., ET AL.,
        Defendants.

CIVIL ACTION
FILE NO. 1:10-cv-3469-TCB

## ORDER OF DISMISSAL

Upon the parties' Joint Motion for Approval of Settlement Agreement and Stipulation of Dismissal, it is hereby ADJUDGED and ORDERED

1. The settlement is deemed fair and reasonable to all parties, and is hereby approved by the Court.

2. Plaintiff's claims are hereby dismissed with prejudice.

3. The parties are to bear their own costs.

4. The Court hereby retains jurisdiction over this action and the settlement thereof.

5. The Clerk is hereby directed to close this case.

DONE AND ORDERED in Atlanta, Georgia, this 23rd day of May, 2011

_____
The Hon. Timothy C. Batten, Sr.
UNITED STATES DISTRICT JUDGE

cc: All counsel of record